# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Kentucky
## Ashland Division

| | |
|---|---|
| Timothy Sargent ) | |
|     *Plaintiff* ) | |
| ) | |
| v. ) | Case No.  0:13-cv-00165-HRW |
| ) | |
| Cavalry SPV I, LLC ) | |
|     *Defendant* ) | |
| ) | |
| ) | |

**Notice of Settlement**

Please take notice that the parties have reached a settlement of all issues in this case.

Once the settlement is final, Plaintiff will file a Notice of Voluntary Dismissal.

Respectfully Submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
4055 Shelbyville Road
Suite B
Louisville, KY 40207
(502) 473-6525
Email: james@kyclc.com

-2-

## CERTIFICATE OF SERVICE

        I hereby certify that on the 30th day of January, 2014, I electronically filed the foregoing Motion with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

        Anna-Katrina S. Christakis
        Pilgrim Christakis, LLP
        53 W. Jackson Boulevard
        Suite 1515
        Chicago, IL 60604
        312-939-0920
        Fax: 312-939-0983
        Email: kchristakis@pilgrimchristakis.com

        /s/ James H. Lawson
        James Lawson